IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOHN J. LYNCH,

            Plaintiff,

v.                                            CIVIL ACTION NO.   2:23-cv-00389

WEXFORD HEALTH
SOURCES, INC., STAFF,

            Defendant.

**MEMORANDUM OPINION AND ORDER**

On May 16, 2023, the Plaintiff, proceeding *pro se*, filed his letter-form Complaint (Document 1) in this matter. Subsequently, on July 12, 2023, the Plaintiff filed a letter-form motion to voluntarily dismiss (Document 6).

By *Administrative Order* (Document 2) entered on May 17, 2023, the matter was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. On July 13, 2023, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 7) wherein it is recommended that this Court grant the Plaintiff's letter-form motion to dismiss (Document 6), dismiss the Plaintiff's Complaint (Document 1) without prejudice, and remove this matter from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by July 31, 2023.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's letter-form motion to dismiss (Document 6) is **GRANTED**, the Plaintiff's Complaint (Document 1) is **DISMISSED without prejudice**, and this matter is **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: August 3, 2023

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA